```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 07-030-GEB |
|---|---|---|
| | ) | CR. NO. 07-489-GEB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| ROBERT BRIAN WINSTON, | ) | **HEARING RE JUDGMENT AND** |
| | ) | **SENTENCING** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff United States and defendant ROBERT BRIAN WILSON, with the advice of his counsel, Ned Smock, Esq., as follows: (1) each party specifically requests this Court vacate the sentencing hearing set for March 7, 2008; (2) each party specifically requests that this Court schedule the sentencing hearing on March 28, 2008 at 9:00 a.m.; and (3) each party enters this agreement and these stipulations for good cause stemming from concerns to ensure adequate preparation and effective advocacy on behalf of each party's

**1**

respective client.  The parties further request the Court enter the schedule set forth below.  This schedule has been approved by the probation officer assigned to this case.

```
DATED:   1/30/08              McGREGOR W. SCOTT
                              United States Attorney
                              By:
                               /s/Michelle Rodriguez
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


                               /s/Michelle Rodriguez for
DATED:   1/30/08               Ned Smock (approved via phone)
                              NED SMOCK, ESQ.
                              Assistant Federal Defender
                              for defendant Robert Brian Wilson
```

---------------------------------

HEREBY, the Court orders, based on the complexity of this case and the stipulation of the parties, THE SENTENCING HEARING CONTINUED TO **3/28/2008**.  HEREBY FURTHER, the Court orders the following sentencing schedule:

```
The proposed Presentence Report shall be
disclosed to counsel no later than........2/15/2008

Counsel's written objections to the
Presentence Report shall be delivered to the
probation officer and opposing
counsel no later than.....................2/29/2008

The Presentence Report shall be filed with the
Court and disclosed to counsel no later
than.......................................3/7/2008

Motion for Correction of the Presentence Report
shall be filed with the Court and served on the
Probation Officer and opposing counsel no later
than......................................3/14/2008

Reply, or Statement of Non-Opposition.....3/21/2008
```

///

///

///

///

**2**

```
        Judgment and Sentencing date..............3/28/2008
```

**Dated:   February 5, 2008**

                                          _____
                                          **GARLAND E. BURRELL, JR.**
                                          **United States District Judge**

**3**